**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                    September 4, 2014

Courtroom Deputy:  Kathleen Finney
Court Reporter:       Terri Lindblom
Probation Officer:    Gary Kruck

**Criminal Action No.   13-cr-00323-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,           Valeria Spencer

     Plaintiff,

v.

KENNETH WAYNE HUGO,                    Matthew Belcher

     Defendant.

**SENTENCING MINUTES**

**1:34 p.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Now pending before the court relevant to sentencing are the following papers:
- the **Defendant's Motion for Downward Departure Pursuant to the United States Sentencing Guidelines** [#30] filed May 8, 2014;
- the **Government's Response to Defendant's Motion for Downward Departure Pursuant to the United States Sentencing Guidelines [Docket #30]** [#36] filed May 28, 2014;
- the **Defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553(A)** [#31] filed May 8, 2014;
- the **Government's Response to Defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553(A) [Docket #31]** [#37] filed May 28, 2014;
- the **Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)** [#42] filed September 3, 2014; and
- the **Government's Motion to Dismiss Counts Two through Four of the Indictment** [#43] filed September 3, 2014.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:
- the **Defendant's Motion for Downward Departure Pursuant to the United States Sentencing Guidelines** [#30] is **DENIED**;
- the **Defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553(A)** [#31] is **DENIED**;

- the **Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)** [#42] is **GRANTED**;
- the **Government's Motion to Dismiss Counts Two through Four of the Indictment** [#43] is **GRANTED**; that Counts Two through Four of the Indictment are **DISMISSED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **three hundred sixty (360) months**;

5. That on release from imprisonment, the defendant shall be placed on supervised release for the **balance of his natural life**;

6. That this sentence is imposed concurrently to the sentences previously imposed by the District Court of El Paso County, Colorado, in Case No. 2013-cr-317;

7. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised release:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a

        sample of defendant's DNA;

- that the defendant shall be subject to the explicit and special conditions requested by the probation officer in the presentence report under the rubric of Sentencing Recommendation, Conditions of Supervision, found at pages R-1 through R-3 in paragraphs, 1 through 4 on pages R-1 and R-4 and in paragraphs 1 through 7 on pages R-2 and R-3;

- that at defendant's expense, the defendant shall participate in an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph, and Abel examinations as directed by the probation department and shall comply with the rules and restrictions specified by the treatment agency; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the PSR to any person or entity responsible for or involved in the treatment of the defendant;

- that the defendant shall notify the probation department of all computers and/or other internet access devices to which the defendant has access, and the defendant shall allow the probation office to make unannounced examinations of the data stored on the defendant's personal computer(s) and other internet devices and collected by such systems at any reasonable time and copy data which the probation department believes may be evidence of violation of a condition of supervision;

8. That no fine is imposed;

9. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

10. That an order and judgment of forfeiture shall be entered pursuant to the plea agreement of the parties and the admission of the defendant of the forfeiture allegation of the Indictment and under the authority of Fed. R. Crim. P. 32.2(b)(3) and 18 U.S.C. Section 2253, to all eligible property including but not limited to that described in the Indictment, at pages 3 and 4 in paragraphs 2 through 4, and in the plea agreement of the parties at pages 2 and 3, and at paragraph 3;

11. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

12. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

13. The this court having imposed a concurrent sentence designates the Colorado Department of Corrections as the place of service of this federal sentence; and

14. That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the court.

**2:24 p.m.    Court in recess.**

Total time in court: 00:50

Hearing concluded.